IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE SHAWN MCCALL                                                                                    PLAINTIFF
ADC #610019

V.                                    Case No: 4:14-cv-00437 KGB

JORDAN CREWS, *et al.*                                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jamie Shawn McCall's claims against defendants Jordan Crews, Troy Braswell, and James Cody Hiland are dismissed with prejudice and that this case is dismissed without prejudice in all other respects. The relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 1st day of October, 2014.

_____
Kristine G. Baker
United States District Judge